**FILED**

**DEC 30 2019** JG

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA    )
                             )    Case No. **19 CR 962**
                             )
      v.                    )    Violation: Title 18, United States
                           )    Code, Section 656
                           )
JAMES HUNZIKER           )

**JUDGE ALONSO**

**MAGISTRATE JUDGE VALDEZ**

The UNITED STATES ATTORNEY charges:

1.    At times material to this information:

    a.    First Midwest Bank was a financial institution with multiple branches located in the Northern District of Illinois, the deposits of which were insured by the Federal Deposit Insurance Corporation.

    b.    Defendant JAMES HUNZIKER was employed by First Midwest Bank as a Vice President and Market Sales Manager at its branch location in Chicago Heights, Illinois.

2.    Beginning in or around November 2016 and continuing until in or around February 2019, in the Northern District of Illinois, Eastern Division, and elsewhere,

JAMES HUNZIKER,

defendant herein, being an employee of the First Midwest Bank, with the intent to injure and defraud said bank, did embezzle, abstract, purloin, and willfully misapply

in excess of $125,000 belonging to and intrusted to the custody and care of said bank;

In violation of Title 18, United States Code, Section 656.

_____

UNITED STATES ATTORNEY

2